## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 18-09328 |
| Wengerski, Thomas J, | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on October 22, 2018, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

Richard M. Fogel (#3127114)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
312.276.1334

{4273 CER A0502379.DOC}
58467056.v2

# Mailing Information for Case 18-09474

- Patrick S Layng

    USTPRegion11.ES.ECF@usdoj.gov

- David M. Siegel

    davidsiegelbk@gmail.com

## Manual Notice List (Via U.S. Mail)

Thomas J. Wengerski
1925 Tanglewood, Apt. 2C
Glenview, IL  60025

Internal Revenue Service
PO Box 7317
Philadelphia, PA  19101-7317

Discover Bank
PO Box 3025
New Albany, OH  43054-3025

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA  19355-0701

George and Mary Ann Borucki
452 Cory St.
Port Charlotte, FL  33953