**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WENGERSKI, THOMAS J. § Case No. 18-09328
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $905.00 | Assets Exempt: | $905.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $25,994.34 | Claims Discharged Without Payment: | $18,712.10 |
| Total Expenses of Administration: | $3,731.33 | | |

   3) Total gross receipts of $29,725.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $29,725.67 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,731.33 | $3,731.33 | $3,731.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,000.00 | $10,590.67 | $10,590.67 | $10,590.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $29,520.00 | $23,503.77 | $23,503.77 | $15,403.67 |
| **TOTAL DISBURSEMENTS** | $33,520.00 | $37,825.77 | $37,825.77 | $29,725.67 |

4) This case was originally filed under chapter 7 on 03/30/2018. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2018  By: /s/ Richard M. Fogel
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RESIDENCE, BUILDING, LAND | 1210-000 | $29,725.67 |
| **TOTAL GROSS RECEIPTS** | | **$29,725.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $3,722.57 | $3,722.57 | $3,722.57 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $3.76 | $3.76 | $3.76 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $5.00 | $5.00 | $5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,731.33** | **$3,731.33** | **$3,731.33** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | IRS Internal Revenue Service | 5800-000 | $4,000.00 | $10,590.67 | $10,590.67 | $10,590.67 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $4,000.00 | $10,590.67 | $10,590.67 | $10,590.67 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $15,195.00 | $14,509.97 | $14,509.97 | $9,509.40 |
| 2 | American Express National Bank | 7100-000 | $3,713.00 | $3,674.39 | $3,674.39 | $2,408.09 |
| 3U | IRS Internal Revenue Service | 7100-000 | NA | $319.41 | $319.41 | $209.33 |
| 4 | George and MaryAnn Borucki MaryAnn/George Borucki | 7100-000 | NA | $5,000.00 | $5,000.00 | $3,276.85 |
| N/F | Barclays Bank Delaware | 7100-000 | $4,073.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $3,466.00 | NA | NA | NA |
| N/F | Citi | 7100-000 | $3,073.00 | NA | NA | NA |
| N/F | trinity credit counceling inc. | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$29,520.00** | **$23,503.77** | **$23,503.77** | **$15,403.67** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

| Case No.: | 18-09328 | Trustee Name: | (330720) Richard M. Fogel |
| Case Name: | WENGERSKI, THOMAS J. | Date Filed (f) or Converted (c): | 03/30/2018 (f) |
| | | § 341(a) Meeting Date: | 05/15/2018 |
| For Period Ending: | 12/04/2018 | Claims Bar Date: | 09/13/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOUSEHOLD GOODS AND FURNISHINGS  Household Goods & Furniture: EXEMPT | 300.00 | 0.00 | | 0.00 | FA |
| 2 | ELECTRONICS  TV & Electronics: EXEMPT | 175.00 | 0.00 | | 0.00 | FA |
| 3 | COLLECTIBLES OF VALUE  Stamp & Figurine Collection: EXEMPT | 60.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHES  Normal Apparel: EXEMPT | 100.00 | 0.00 | | 0.00 | FA |
| 5 | NON-FARM ANIMALS  One cat: EXEMPT | 50.00 | 0.00 | | 0.00 | FA |
| 6 | DEPOSITS OF MONEY  Checking: Chase Bank: EXEMPT | 200.00 | 0.00 | | 0.00 | FA |
| 7 | DEPOSITS OF MONEY  Savings: Chase Bank: EXEMPT | 20.00 | 0.00 | | 0.00 | FA |
| 8 | INTEREST IN INSURANCE POLICIES  Term Life Insurance Death Benefits Only: INCONSEQUENTIAL VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 9 | RESIDENCE, BUILDING, LAND (u)  One-seventh beneficial interest in deceased mother's co-op unit, located at 8307 Kilpatrick, Skokie, IL (schedule amended 7/24/18). Executor sold property on 9/18/18. | 29,400.00 | 29,400.00 | | 29,725.67 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$30,305.00** | **$29,400.00** | | **$29,725.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 07/31/2019        **Current Projected Date Of Final Report (TFR):** 10/22/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 18-09328 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | WENGERSKI, THOMAS J. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7264 | Account #: | ******2200 Checking |
| For Period Ending: | 12/04/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/25/18 | {9} | Saturn Title LLC | Debtor's share of deceased mother's estate | 1210-000 | 29,725.67 |  | 29,725.67 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 29,720.67 |
| 11/13/18 | 101 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. |  |  | 3,726.33 | 25,994.34 |
|  |  |  | Claims Distribution - Wed, 10-03-2018        $3,722.57 | 2100-000 |  |  | 25,994.34 |
|  |  |  | Claims Distribution - Wed, 10-03-2018        $3.76 | 2200-000 |  |  | 25,994.34 |
| 11/13/18 | 102 | IRS Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $10,590.67; Claim # 3P; Filed: $10,590.67 | 5800-000 |  | 10,590.67 | 15,403.67 |
| 11/13/18 | 103 | Discover Bank | Distribution payment - Dividend paid at 65.54% of $14,509.97; Claim # 1; Filed: $14,509.97 | 7100-000 |  | 9,509.40 | 5,894.27 |
| 11/13/18 | 104 | American Express National Bank | Distribution payment - Dividend paid at 65.54% of $3,674.39; Claim # 2; Filed: $3,674.39 | 7100-000 |  | 2,408.09 | 3,486.18 |
| 11/13/18 | 105 | IRS Internal Revenue Service | Distribution payment - Dividend paid at 65.54% of $319.41; Claim # 3U; Filed: $319.41 | 7100-000 |  | 209.33 | 3,276.85 |
| 11/13/18 | 106 | George and MaryAnn Borucki MaryAnn/George Borucki | Distribution payment - Dividend paid at 65.54% of $5,000.00; Claim # 4; Filed: $5,000.00 | 7100-000 |  | 3,276.85 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 29,725.67 | 29,725.67 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 29,725.67 | 29,725.67 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$29,725.67** | **$29,725.67** |  |

*{ } Asset Reference(s)*     UST Form 101-7-TDR ( 10 /1/2010)                    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-09328 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | WENGERSKI, THOMAS J. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***7264 | **Account #:** | ******2200 Checking | |
| **For Period Ending:** | 12/04/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2200 Checking | $29,725.67 | $29,725.67 | $0.00 |
| | **$29,725.67** | **$29,725.67** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)